IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JUNE Y. LACUESTA, et al., | ) | CIV. NO. 11-00302 SOM/RLP |
| | ) | |
| Plaintiffs, | ) | |
| | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| | ) | |
| LEHMAN BROTHERS BANK, FSB, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER OF DISMISSAL

Pursuant to the oral request by Plaintiff June Lacuesta to dismiss the Complaint, which the court treats as a notice of dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the court DISMISSES the action by Mr. Lacuesta without prejudice.

Regarding Imelda Lacuesta's claims, a case against Defendants was never actually instituted by her, because she did not sign the Complaint or any other document, and did not even know she was named as a plaintiff.  Only Mr. Lacuesta signed the Complaint, and, not being an attorney, he cannot sign documents on behalf of Mrs. Lacuesta.  Mrs. Lacuesta represented to the court that she knew nothing about the claims brought by her husband against Defendants.  Claims by Mrs. Lacuesta having never been properly before this court, and Mrs. Lacuesta having indicated she does not wish to proceed, the court DISMISSES this

action without prejudice to the extent it was brought in Mrs. Lacuesta's name.

The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 31, 2012.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge